# Court of Appeals
# of the State of Georgia

ATLANTA,  May 17, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0428.  SHERIDAN JEROME GRIFFIN v. THE STATE.**

In 2015, Sheridan Jerome Griffin pled guilty to multiple drug offenses.  Griffin subsequently filed a "Motion to Correct Null and Void Sentence," which the trial court denied on March 22, 2017.  Griffin then filed this application for discretionary appeal of the denial on May 3, 2017.[1]  We, however, lack jurisdiction.

Pretermitting whether Griffin's motion raised a colorable void-sentence claim, his application is untimely.  To be timely, a discretionary application must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Because this application was filed 42 days after entry of the order Griffin seeks to appeal, it is untimely, and we lack jurisdiction to consider it.  Accordingly, the application is hereby DISMISSED.

---

[1] Griffin attempted to file his application earlier, but that application was returned because Griffin did not provide a stamped "filed" copy of the order he seeks to appeal as required by Court of Appeals Rule 31 (c).



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* __05/17/2017_____
       I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*